UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VIGIL, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAK RESOURCES, INC., a Florida corporation; MICHAELS STORES PROCUREMENT COMPANY, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:23-CV-00163-TLN-AC<br><br>Hon. Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ALL REMAINING CLAIMS [FRCP 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: November 8, 2022<br>Removed: January 27, 2023 |

# **ORDER**

The Court, having reviewed the Parties' Stipulation, and for good cause appearing, Orders as follows:

1. Plaintiff Joseph Vigil's individual claims asserted in the above-captioned action are hereby dismissed with prejudice;
2. All class-action claims asserted in the above-captioned action are hereby dismissed, without prejudice as to anyone but Vigil;
3. The above-captioned action is terminated; and
4. All Parties will bear their own fees and costs associated with this dismissal.

**IT IS SO ORDERED.**

Dated: November 3, 2025

_____
Troy L. Nunley
Chief United States District Judge